UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MOTLEY, et. al., | No. 1:15-cv-00905-DAD-BAM |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE SCHEDULING ORDER |
| CITY OF FRESNO, et. al., | |
| Defendants. | (Doc. No. 83) |

Before the court is plaintiffs' motion for reconsideration of the December 19, 2016 Scheduling Order issued by the assigned magistrate judge in this action. (Doc. No. 83.) Plaintiffs filed the pending motion for reconsideration following the magistrate judge's order overruling plaintiffs' objection to that scheduling order without prejudice. (Doc. No. 82.) A hearing on the motion for reconsideration was held before the undersigned on March 7, 2017. Attorney Kevin G. Little appeared on behalf of plaintiffs and attorney Anthony M. Sain appeared on behalf of defendants.

For the reasons set forth on the record at that hearing, plaintiffs' motion for reconsideration of the scheduling order is granted in part. The Pre-trial conference originally set for September 25, 2017 will now be conducted on January 16, 2018 at 2:30 p.m. The jury trial previously scheduled for November 7, 2017, will now be reset for March 13, 2018 at 8:30 a.m. in

Courtroom 5. All other dates set forth in the December 19, 2016 Scheduling Order (Doc. No. 79) remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 9, 2017**

UNITED STATES DISTRICT JUDGE