1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
10

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

| | |
|---|---|
| 11 PAMELA MOTLEY; ESTATE OF<br>CINDY RAYGOZA, through its legal<br>12 representative and administrator,<br>YVETTE CALDERA; YVETTE<br>13 CALDERA; VALERIE CALDERA;<br>DANNY RICE,,<br>14<br>15         Plaintiffs,<br>16         v.<br>17 JOSEPH SMITH; BRIAN LITTLE;<br>DERRICK JOHNSON; MICHAEL<br>18 COUTO; BERNARD FINLEY;<br>BYRON URTON; RYAN ENGUM;<br>19 UNKNOWN POLICE OFFICERS;<br>THE CITY OF FRESNO,<br>20 CALIFORNIA,<br>21         Defendants. | Case No. 1:15-CV-00905-DAD-BAM<br>[*Hon. Dale A. Drozd, District Judge;*<br>*Hon. Barbara A. McAuliffe, M. Judge*]<br><br>[~~PROPOSED~~] **ORDER FOR**<br>**LIMITED EXTENSION OF NON-**<br>**EXPERT DISCOVERY DUE TO**<br>**UNANTICIPATED TRIAL**<br>**CONFLICT**<br><br>Complaint Filed:   June 17, 2015<br>Trial Date:        March 13, 2018 |

22         PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the

23  Court's inherent and statutory authority, including but not limited to the Court's

24  authority under all applicable statutes and rules – including Fed. R. Civ. P. 16, 26, and

25  40, as well as all applicable Federal Rules of Civil Procedure and U.S. Dist. Ct., E.D.

26  Cal. Local Rules – after due consideration of all of the relevant pleadings, papers, and

27  records in this action; and upon such other evidence or argument as was presented to

28  the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1.     The Court hereby Orders that the Court's scheduling orders [Dkt. Doc. 79, 92] are hereby further **modified, continued, and reset** to the following case management schedule:

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Last Day to File to Add Parties and Amend Pleadings | January 31, 2017 | **January 31, 2017** |
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) – *As to All Non-Expert Discovery, <u>Except</u> As Provided Below* | April 17, 2017 | **April 17, 2017** |
| Expert Disclosures (Initial) – Service Deadline | May 1, 2017 | **July 21, 2017** |
| Rebuttal-Supplemental Expert Disclosures – Service Due | May 15, 2017 | **August 4, 2017** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | June 12, 2017 | **August 18, 2017** |
| Dispositive Motion/MSJ – <u>Filing</u> Deadline (Last Day for Filing Dispositive Motions) | June 26, 2017 | **August 21, 2017** |
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) – *<u>Only</u> As To Depositions Timely, Properly, and Reasonably Noticed Prior to April 17, 2017* | April 17, 2017 | **July 14, 2017** |
| Final Pre-Trial Conference ("PTC") | January 16, 2018, 2:30 p.m. | **January 16, 2018, 2:30 p.m.** |
| TRIAL | March 13, 2018, 8:30 a.m. | **March 13, 2018, 8:30 a.m. (Ctrm 5)** |

*///*

*///*

*///*

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

2.      Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders would remain <u>unchanged</u> and unaffected by the parties' Stipulation or any associated Order made pursuant thereto.  The provisions of the parties' Stipulation and this Order shall be in effect until further applicable Order of the Court.

IT IS SO ORDERED.

Dated:   **April 7, 2017**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law