Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAMELA MOTLEY; ESTATE OF CINDY RAYGOZA, through its legal representative and administrator, YVETTE CALDERA; YVETTE CALDERA; VALERIE CALDERA; DANNY RICE,,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH SMITH; BRIAN LITTLE; DERRICK JOHNSON; MICHAEL COUTO; BERNARD FINLEY; BYRON URTON; RYAN ENGUM; UNKNOWN POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA,<br><br>Defendants. | Case No. 1:15-CV-00905-DAD-BAM<br>[*Hon. Dale A. Drozd, District Judge; Hon. Barbara A. McAuliffe, M. Judge*]<br><br>**ORDER VACATING SETTLEMENT CONFERENCE HEARING DATE**<br><br>Complaint Filed:  June 17, 2015<br>Trial Date:          March 13, 2018 |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor,

and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

**ORDER VACATING SETTLEMENT CONFERENCE HEARING.**

1. Pursuant to the stipulation of the parties, the Court hereby vacates the currently-calendared Settlement Conference hearing set for October 4, 2017, at 10:00 a.m. in Courtroom 8 before the Honorable Magistrate Judge Barbara McAuliffe, subject to resetting the Settlement Conference at a later date following the completion of the parties' briefing schedule and hearing on Defendants' Motion for Summary Judgment, currently set for November 7, 2017, at 9:30 a.m. in Courtroom 5 before the Honorable District Judge Dale A. Drozd.

The parties are cautioned that they will be required to attend either a settlement conference or a private mediation before the trial date. Accordingly, the parties are ordered to contact courtroom deputy Harriet Herman at 559-499-5788, within 14 days following the hearing on the Motion for Summary Judgment, to arrange a new settlement conference date or inform the court that private mediation has been set.

IT IS SO ORDERED.

Dated: **September 15, 2017**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE